IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )      8:02CR202
                               )
       v.                      )
                               )
SHARI McGUIRE,                 )      ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on the motion for Rule 35 hearing (Filing No. 57).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Friday, December 16, 2005, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 29th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court