IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR202 |
| | ) | |
| v. | ) | |
| | ) | |
| SHARI McGUIRE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On September 16, 2010, the defendant appeared with counsel for a hearing on a Petition for Offender Under Supervision (Filing No. 91 ). Defendant was present and represented by Jessica P. Douglas. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegations 1-3 contained within the Petition are true and the Court found the defendant to be in violation of conditions of her supervised release. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant is sentenced to the Bureau of Prisons for 90 days with a recommendation of credit for time served from August 3, 2010.

2) When the defendant is released from incarceration, there will no further period of supervised release.

DATED this 16th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court